Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
Andrew J. Sokolowski (SBN 226685)
ASokolowski@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:    (310) 861-9051

Attorneys for Plaintiff Amani El-Jandali

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANI EL-JANDALI, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE DIAL CORPORATION, a Delaware corporation, and HENKEL CONSUMER GOODS, INC., a Delaware corporation,<br><br>Defendants. | Case No:  5:11-cv-02945-PSG<br><br>**PLAINTIFF'S APPLICTION TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [~~PROPOSED~~] ORDER**<br><br>**[N.D. Cal. Civ. Local R. 3-16]** |

1.    On July 28, 2011, the Judicial Panel on Multidistrict Litigation (the "JPML") heard a motion to centralize this matter as well as 15 related matters, before a single district court. No parties opposed the centralization of these matters;

2.    The JPML had not yet issued an order designating a district court to hear all of these matters;

3.    The current date of the initial Case Management Conference ("CMC") in this case is August 30, 2011, and certain other deadlines are set forth in the Order Setting Initial Case Management Conference and ADR Deadlines;

4.    Plaintiff believes that it is in the best interests of all parties to vacate the CMC and associated deadlines in this case in order to facilitate the coordination of this matter by the JPML;

5.    On August 17, 2011, counsel for Defendants signed a Waiver of the Service of Summons in this matter, making Defendants deadline to respond to the Complaint October 17, 2011;

1  In light of the motion for centralization awaiting decision by the JPML and
2  the current deadline for Defendant's Answer, Plaintiff respectfully requests that
3  the CMC and all associated deadlines, including those set forth in the Order
4  Setting Initial Case Management Conference and ADR Deadlines, in the above-
5  entitled action shall be vacated and further pretrial and scheduling matters shall
6  be addressed by the transferee judge following centralization or, in event that the
7  motion for centralization is denied, Plaintiff will notify the Court within 7 days
8  after such denial, so that the Court may at that time issue a revised case schedule.

Dated:  August 18, 2011                Respectfully submitted,

                                       Initiative Legal Group APC

                                       By: _____
                                       Miriam L. Schimmel
                                       Andrew J. Sokolowski

                                       Attorneys for Plaintiff Amani El-Jandali

**IT IS SO ORDERED.**

Dated:  8/19/2011                      _____
                                       Hon. Paul S. Grewal
                                       United States Magistrate Judge